IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JUAN JOSE CARRILLO                                                                                      PLAINTIFF
ADC #137485

v.                                      No: 1:15-cv-00113 JLH-PSH

WENDY KELLEY, *et al.*                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

Dated this 14th day of August, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE